IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | Case No. 4:05-CV-00067 |
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| ONE STOP CELLULAR, INC., AND KENNETH NEWCOMB, AND AMBER SALZMAN, | ) ) ) ) | By: Jackson L. Kiser Senior United States District Judge |
| Defendants. | ) ) ) | |

    Before me now is Plaintiff's, State Farm Fire and Casualty Company ("Plaintiff"), Motion for Summary Judgment. For the reasons set forth in the accompanying Memorandum Opinion, Plaintiff's Motion is **GRANTED**. Plaintiff owes no duty or obligation, including any obligation to defend or indemnify, under Business Policy I, Business Policy II, or the Umbrella Policy to defendants Kenneth Newcomb or One Stop Cellular, Inc. with respect to the suit filed by Amber Salzman against them in the Chesterfield County Circuit Court. Moreover, State Farm owes no duty to Amber Salzman under those insurance policies.

    The Clerk is directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record. The Clerk is further directed to strike this matter and all outstanding motions from the Court's docket.

    Entered this 6th day of September, 2006.

                                                    s/Jackson L. Kiser
                                                   Senior United States District Judge